UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHY CIUFFINI,<br><br>        Defendant. | Case No. 1:23-cv-01696-NODJ-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>(ECF No. 2). |

      Michelle Gomez ("Plaintiff") proceeds *pro se* in this action. Plaintiff initiated this case on December 8, 2023. (ECF No. 1). That same day, Plaintiff filed a request for permission to file electronically on ECF/PACER. (ECF No. 2). Plaintiff's request states that she has "regular access to the technical requirements necessary to e-file successfully." (*Id.*) However, Plaintiff does not provide an explanation of reasons why an exception should be granted. *See* L.R. 133(b)(3) ("Requests to use paper or electronic filing as exceptions from these Rules shall be submitted. . . written motions setting out an explanation of reasons for the exception."). Additionally, the Court has issued Findings and Recommendations to dismiss Plaintiff's case. Accordingly, Plaintiff's motion (ECF No. 2) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __January 9, 2024__     /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1