## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHELLE GOMEZ,**

CASE NO: **1:23–CV–01696–KES–EPG**

v.

**KATHY CIUFFINI,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/11/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **October 11, 2024**

by: /s/ T. Lundstrom
Deputy Clerk